RECEIVED
IN LAKE CHARLES, LA

JUL 12 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| COLIN S. MOORE | : | DOCKET NO. 2:05-cv-698 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be TRANSFERRED to the Fifth Circuit Court of Appeals.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE